## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 23-80139 |
| | * | CHAPTER 13 |
| MYRA KAY HESTER | | |
| SSN ***-**-8897 | * | |
| PHENIX CITY, AL 36869 | | |
| | * | |
| DEBTOR, | | |
| | * | |
| U.S. BANK TRUST NATIONAL | | |
| ASSOCIATION | * | |
| | | |
| MOVANT, | * | |
| | | CONTESTED MATTER |
| VS. | * | |
| | | PROCEEDING |
| MYRA KAY HESTER | * | |
| SABRINA L. MCKINNEY, TRUSTEE | | |
| | * | |
| RESPONDENTS, | | |
| | * | |

PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY ALABAMA 36104.

### MOTION TO DETERMINE POST-PETITION FEES

### APPROPRIATE UNDER 3002.1(e)

**COMES NOW**, the Debtor in the above-referenced case, by and through the undersigned Attorney and respectfully files this Motion and shows unto the Court the following matter to wit:

1.

On February 3, 2023, Debtor filed for Chapter 13 Bankruptcy Relief.

2.

On March 13 2023, U.S. Bank Trust National Association the Creditor, filed its Proof of Claim, Claim Number 10.

3.

On June 2, 2023, U.S. Bank Trust National Association, the Creditor, filed Official Form 410S2, the Amended Notice of Post-Petition Mortgage Fees, Expenses and Charges reflecting Debtors owed the sum of $850.00 as fees for filing a Proof of Claim.

4.

Debtor believes such fees are unreasonable considering protections provided to lenders by the anti-modification rule. See In re Ochab, 583 B.R. 803 (Bankr M.D. Ala., 2018)(citing 11 U.S.C. 1322 (b)(2)).

5.

Pursuant to Rule 3002.1(d), the 3002.1(c) Notice is "filed as a supplement to the holder's Proof of Claim" and further provides that 3002.1(c) Notice "is not subject to Rule 3001(f)" [Evidentiary Effect]. Therefore, the Creditor's Rule 3002.1(c) Notice does not constitute prima facie evidence supporting the fees/charge's validity.

6.

U.S. Bank Trust National Association, the Creditor, has failed to explain said fees and failed to attach supporting documentation.

7.

Without supporting documentation the fees, expenses and charges are unsubstantiated and due to be disallowed.

**WHEREFORE**, the Debtor requests that the Post-Petition Fees, Expenses and Charges are disallowed Under Section 3002.1(e) as said fees are unreasonable and for such further relief as this Honorable Court deems proper.

Dated this 16th day of June 2023.

AREY & CROSS, P.C.

By: _____
America A. Cross
Attorney for Debtor
4800 Armour Road
Columbus, GA  31904
State Bar No. CRO 075
(706) 596-6745
Warey@aol.com

## CERTIFICATE OF SERVICE

I, America A. Cross, certify that I am and, at all times hereinafter mentioned, am more than 18 years of age; and that on the date below, I served a copy of the within Motion to Determine Post-Petition Fees Appropriate Under 3002.1(e) by electronically mailing or by placing a copy of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

U.S. Bank Trust National Association
C/O SNS Servicing Corporation
323 Fifth Street
Eureka, CA 95501
CERTIFIED MAIL CODE: 7014 1200 0002 2560 1881

Hugh Andrew Smith
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
smith@mtglaw.com

CHAPTER 13 TRUSTEE
P.O. BOX 173
MONTGOMERY, AL 36101

I certify under penalty of perjury that the foregoing is true and correct.

This 16th day of June 2023.

AREY & CROSS, P.C.
By _____
America A. Cross
Attorney for Debtor
4800 Armour Road
Columbus, GA 31904
State Bar No: CRO 075
(706) 596-6745
Warey@aol.com